# HEARING MINUTES AND ORDER

**Cause Number**: 09-2688

**Style**: Holly Krenek v. The Tasting Room, LLC, *et al.*,

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Richard Burch | Plaintiff |
| David Comeaux | Defendant |

**Date**: November 30, 2009  **ERO**: Yes
**Time**: 4:00 p.m. - 4:08 p.m.  **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held. Another pretrial conference is set for **December 23, 2009 at 12:00 p.m.**

**SIGNED** at Houston, Texas this 30th day of November, 2009.

*[signature]*
Nancy F. Atlas
United States District Judge